# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN BURNS**, <br><br> *Plaintiff,* <br><br> v. <br><br> **CITY OF PHILADELPHIA,** <br><br> *Defendant.* | **Case No. 2:24-cv-01822-JDW** |

### ORDER

**AND NOW**, this 9th day of July, 2025, upon consideration of Defendant's Motion For Summary Judgment (ECF No. 19), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**. The Clerk of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.